# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re: OLSON, SCOT EUGENE                                §   Case No. 13-16883
                                                          §
                                                          §
                                                          §
Debtor(s)                                                 §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Lynn Martinez, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

> Assets Abandoned: $8,285.00                         Assets Exempt: $8,245.00
> *(without deducting any secured claims)*
>
> Total Distribution to Claimants: $1,227.78          Claims Discharged
>                                                      Without Payment: $94,766.58
>
> Total Expenses of Administration: $623.54

3) Total gross receipts of $ 1,851.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,851.32 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 623.54 | 623.54 | 623.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,512.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 96,263.42 | 13,643.24 | 13,643.24 | 1,227.78 |
| **TOTAL DISBURSEMENTS** | $97,775.42 | $14,266.78 | $14,266.78 | $1,851.32 |

4) This case was originally filed under Chapter 7 on April 26, 2013. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/22/2014          By: /s/Lynn  Martinez, Trustee
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Licenses, franchises and other general intangibl | 1129-000 | 123.32 |
| Tax refunds | 1224-000 | 1,728.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,851.32** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lynn Martinez, Trustee | 2100-000 | N/A | 462.83 | 462.83 | 462.83 |
| Lynn Martinez, Trustee | 2200-000 | N/A | 80.71 | 80.71 | 80.71 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $623.54 | $623.54 | $623.54 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Crystal Ames | 5200-000 | 1,512.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,512.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Marian Leary | 7100-000 | 12,386.30 | 12,386.30 | 12,386.30 | 1,140.28 |
| 2 | American Family Insurance | 7100-000 | 181.00 | 181.99 | 181.99 | 16.75 |
| 3 | Credit Systems, Inc. | 7100-000 | 2,576.00 | 768.51 | 768.51 | 70.75 |
| 4 | United Consumer Financial Services | 7200-000 | 281.00 | 306.44 | 306.44 | 0.00 |
| NOTFILED | Crystal Ames | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dreambuilder Investments LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gasper Law Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mister Money | 7100-000 | 112.18 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Imperial Credit Systems | 7100-000 | 99.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery Associates | 7100-000 | 411.42 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BSI Financial Services, Inc | 7100-000 | 28,016.52 | N/A | N/A | 0.00 |
| NOTFILED | Credit Collection Services | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | ACE Cash Express | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Advance America | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Bureau Of Collection Recovery | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Aronowitz & Mecklenburg LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $96,263.42 | $13,643.24 | $13,643.24 | $1,227.78 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-16883  
**Case Name:** OLSON, SCOT EUGENE  

**Trustee:** (260010) Lynn Martinez, Trustee  
**Filed (f) or Converted (c):** 04/26/13 (f)  
**§341(a) Meeting Date:** 06/17/13  

**Period Ending:** 07/22/14  

**Claims Bar Date:** 11/04/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand. | 25.00 | 25.00 | | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c | 50.00 | 12.50 | | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c | 10.00 | 2.50 | | 0.00 | FA |
| 5 | Security deposits with public utilities, telepho | 1,750.00 | 0.00 | | 0.00 | FA |
| 6 | Household goods and furnishings, including audio | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Books, pictures and other art objects, antiques, | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Wearing apparel. | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Furs and jewelry. | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Interests in insurance policies. Name insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Licenses, franchises and other general intangibl | 1,000.00 | 1,000.00 | | 123.32 | FA |
| 12 | Licenses, franchises and other general intangibl | Unknown | 0.00 | | 0.00 | FA |
| 13 | Automobiles, trucks, trailers and other vehicles | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Automobiles, trucks, trailers and other vehicles | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | Machinery, fixtures, equipment and supplies used | 2,500.00 | 0.00 | | 0.00 | FA |
| 16 | Tax refunds  (u) | 1,728.00 | 1,728.00 | | 1,728.00 | FA |
| 16 Assets | Totals (Excluding unknown values) | **$11,013.00** | **$2,768.00** | | **$1,851.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/22/14 TFR to UST.

1/13/14 File TFR when check regarding sale of Chevron property clears.

10/10/13 Awaiting bids on Chevron oil and gas interests.

07/05/13 Awaiting well detail from Debtor per Stipulation.

Printed: 07/22/2014 02:17 PM    V.13.15

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-16883
**Case Name:** OLSON, SCOT EUGENE

**Trustee:** (260010) Lynn Martinez, Trustee
**Filed (f) or Converted (c):** 04/26/13 (f)
**§341(a) Meeting Date:** 06/17/13

**Period Ending:** 07/22/14

**Claims Bar Date:** 11/04/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   February 28, 2014        **Current Projected Date Of Final Report (TFR):**    April 7, 2014  (Actual)

Printed: 07/22/2014 02:17 PM    V.13.15

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-16883  
**Case Name:** OLSON, SCOT EUGENE  
**Taxpayer ID #:** **-***7949  
**Period Ending:** 07/22/14

**Trustee:** Lynn Martinez, Trustee (260010)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0666 - Checking Account  
**Blanket Bond:** $84,132,847.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/13 | {16} | United States Treasury | Tax refund | 1224-000 | 1,728.00 | | 1,728.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,718.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,708.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,698.00 |
| 10/01/13 | {11} | Chevron U.S.A. Inc | OIL & GAS REVENUE | 1129-000 | 123.32 | | 1,821.32 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,811.32 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,801.32 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,791.32 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,781.32 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,771.32 |
| 06/02/14 | 101 | Marian Leary | Dividend paid 9.20% on $12,386.30; Claim# 1; Filed: $12,386.30; Reference: | 7100-000 | | 1,140.28 | 631.04 |
| 06/02/14 | 102 | American Family Insurance | Dividend paid 9.20% on $181.99; Claim# 2; Filed: $181.99; Reference: | 7100-000 | | 16.75 | 614.29 |
| 06/02/14 | 103 | Credit Systems, Inc. | Dividend paid 9.20% on $768.51; Claim# 3; Filed: $768.51; Reference: | 7100-000 | | 70.75 | 543.54 |
| 06/02/14 | 104 | Lynn Martinez, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 543.54 | 0.00 |
| | | | Dividend paid 100.00% 462.83 on $462.83; Claim# ; Filed: $462.83 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 80.71 on $80.71; Claim# ; Filed: $80.71 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 1,851.32 | 1,851.32 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 1,851.32 | 1,851.32 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,851.32** | **$1,851.32** | |

{} Asset reference(s)   Printed: 07/22/2014 02:17 PM   V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-16883  
**Case Name:** OLSON, SCOT EUGENE  
**Taxpayer ID #:** **-***7949  
**Period Ending:** 07/22/14

**Trustee:** Lynn Martinez, Trustee (260010)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0666 - Checking Account  
**Blanket Bond:** $84,132,847.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 1,851.32  
———————  
Net Estate : $1,851.32

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0666** | 1,851.32 | 1,851.32 | 0.00 |
| | $1,851.32 | $1,851.32 | $0.00 |

{} Asset reference(s)

Printed: 07/22/2014 02:17 PM V.13.15